## RECONSIDERATION DOCKET

**97–2039.   E. Canton Edn. Assn. v. McIntosh.**
Stark App. No. 96CA0293. Reported at 85 Ohio St.3d 465, 709 N.E.2d 468. On motion for reconsideration. Motion denied.

MOYER, C.J., and LUNDBERG STRATTON, J., dissent.

**97–2204.   State v. Baston.**
Lucas App. No. L–95–087. Reported at 85 Ohio St.3d 418, 709 N.E.2d 128. On motion for reconsideration. Motion denied.

**97–2247.   State v. Bey.**
Lucas App. No. L–94–003. Reported at 85 Ohio St.3d 487, 709 N.E.2d 484. On motion for reconsideration. Motion denied.

RESNICK, J., not participating.

**98–81.   Cappara v. Schibley.**
Cuyahoga App. Nos. 71070, 71368 and 71399. Reported at 85 Ohio St.3d 403, 709 N.E.2d 117. On motion for reconsideration and motion to supplement record. Motions denied.

DOUGLAS, RESNICK and PFEIFER, JJ., dissent.

**98–834.   State ex rel. McIntosh v. Osnaburg Local School Dist. Bd. of Edn.**
Stark App. Nos. 97CA50, 97CA56 and 97CA60. Reported at 85 Ohio St.3d 465, 709 N.E.2d 468. On motion for reconsideration. Motion denied.

MOYER, C.J., and LUNDBERG STRATTON, J., dissent.

**99–338.   Sharon Ent., Inc. v. Kenworth of Cincinnati, Inc.**
Hamilton App. No. C–971109. Reported at 85 Ohio St.3d 1480, 709 N.E.2d 851. On motion for reconsideration. Motion denied.

MOYER, C.J., COOK and LUNDBERG STRATTON, JJ., dissent.